Richard L. Francis, Esq. (SBN 70884)
Charles W. Oaks (SBN 174587)
LAW OFFICES OF FRANCIS & ASSOCIATES
711 South AA@ Street
Heritage Square
Oxnard, CA 93030
(805) 486-5898
Fax: (805) 486-2242
e:mail: rlf@lawrlf.com

Attorneys for Debtor

United States Bankruptcy Court
Central District of California
Northern Division

| | |
|---|---|
| In Re: Joaquin Rodriguez | Bankruptcy Case No. 9:10-bk-14800 |
| Debtor | Chapter 13 |
| | STIPULATION RE: HSBC BANK OF NEVADA SECURED CLAIM |
| | STATUS CONFERENCE: |
| | DATE: 02/08/2010 |
| | TIME: 11:00 |
| | CTRM: 201 |

TO ALL PARTIES OF INTEREST,

PLEASE TAKE NOTICE THAT Secured Creditor HSBC BANK NEVADA, NA ("HSBC") and Debtor Joaquin Rodriguez by and through their attorneys of record, hereby stipulate as follows:

    1. The parties hereto agree that HSBC shall be allowed the following secured valuation under the above-captioned case: $150.00, which represents the replacement value to Debtor of the 50" HDTV and a laptop which is the collateral for HSBC's secured position and which remains in the possession of the Debtor.

2. HSBC herby agrees to amend its Proof of Claim to conform with the terms set forth herein.

3. Debtor hereby agrees to pay one lump sum payment to HSBC in the amount of $150.00.

4. This stipulation may be executed in counterparts, and facsimile signatures shall be deemed originals.

**IT IS SO STIPULATED:**

Dated: 1/25/11

Charles W. Oaks, Esq
Attorney for Debtor

Dated: 1/25/11

Authorized Representative for
Secured Creditor,
HSBC BANK OF NEVADA, NA